Robert CREIGHTON, Plaintiff–
Appellant,

v.

U.S. DEPARTMENT OF TRANSPORTATION, Secretary, U.S. Department Of Transportation, Defendants–Appellees.

No. 14–14110
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 15, 2015.

Robert C. Creighton, Moulis Aviation Law, Ft. Lauderdale, FL, for Plaintiff–Appellant.

Sydney Foster, Dana Joan Martin, Mark B. Stern, U.S. Department of Justice, Washington, DC, for Defendants–Appellees.

Before TJOFLAT, HULL and ROSENBAUM, Circuit Judges.

PER CURIAM:

For the reasons stated in the District Court's order of July 14, 2014, denying appellant's motion for relief from judgment under Federal Rules 60(b)(1) and (b)(6), we agree that appellant failed to present an adequate basis for granting relief from the District Court's judgment due to "(1) mistake, inadvertence, surprise, or excusable neglect," or "(6) any other reason that justifies relief." We therefore find no abuse of discretion in the denial of appellant's motion.

AFFIRMED.